# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fogel, Jeremy D. | Federal Judicial Center | 04/22/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Federal Judicial Center
One Columbus Circle, N.E.
Washington, DC 20002-8003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Executor (see Part VIII) | Estate #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/30/81 | California Judicial Retirement System: entitled to receive approximately 61% of the current salary of a California Superior Court Judge |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | California Judicial Retirement System | $104,264.22 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Circuit Bar Association | June 18-21 | Asheville, NC | Panelist at conference | Transportation, meals and lodging |
| 2. | American Antitrust Institute/ Stanford University | August 14-16 | Stanford, CA | Faculty member at educational program | Transportation, meals and lodging |
| 3. | American Bar Association | September 11-12 | Chicago, IL | Meeting of Commission on the Future of Legal Services | Transportation, meals and lodging |
| 4. | Federal Judicial School (Brazil) | November 11-16 | Sao Paulo and Porto Alegre, Brazil | Judicial education exchange | Transportation, meals and lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Investments (assets listed below) | | | | | | | | | |
| 2. --Fidelity California Muni Money Mkt | A | Int./Div. | J | T | | | | | |
| 3. --Federated High Yield Trust | A | Dividend | K | T | Buy (add'l) | 07/07/14 | K | | |
| 4. --Fidelity Strategic Income | B | Dividend | K | T | Buy (add'l) | 07/07/14 | K | | |
| 5. --Nuveen California High Yield Muni Bd | A | Dividend | K | T | Buy (add'l) | 07/07/14 | K | | |
| 6. --Pepco Holdings Inc. | A | Dividend | J | T | | | | | |
| 7. --AT&T Inc. | A | Dividend | J | T | | | | | |
| 8. --BCE Inc. | A | Dividend | J | T | | | | | |
| 9. --Kinder Morgan Energy Partners LP | | None | J | T | | | | | |
| 10. --Portland Gen Elec Co. | A | Dividend | J | T | | | | | |
| 11. --Potash Corp of Saskatchewan | A | Dividend | J | T | | | | | |
| 12. Morgan Stanley IRA#1 (assets listed below) | | | | | | | | | |
| 13. --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 14. --Pioneer Mid-Cap Fund | A | Dividend | J | T | | | | | |
| 15. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 16. --John Hancock Regional Bank B | A | Interest | J | T | | | | | |
| 17. --United VanKampen EAFE Select 20 Portfolio 2007-1 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Morgan Stanley IRA #2 (assets listed below) | | | | | | | | | |
| 19.  --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 20.  --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 21.  --MSDW Global Advantage B | A | Dividend | J | T | | | | | |
| 22.  --Pioneer Mid-Cap Fund | A | Dividend | J | T | | | | | |
| 23.  --John Hancock Regional Bank A | A | Interest | J | T | | | | | |
| 24.  --MS Spectrum Tech | A | Dividend | J | T | | | | | |
| 25.  --MS Spectrum Select | A | Dividend | J | T | | | | | |
| 26.  Wells Fargo IRA (CD) | A | Interest | | | Distributed | 12/09/14 | J | C | |
| 27.  Wells Fargo IRA (CD) | A | Interest | | | Distributed | 12/09/14 | J | C | |
| 28.  Fidelity Rollover IRA #1 (assets listed below)(x) | | | | | | | | | |
| 29.  --Fidelity Balanced Fund | A | Dividend | J | T | Buy | 12/09/14 | J | | |
| 30.  Fidelity Rollover IRA #2 (assets listed below)(x) | | | | | | | | | |
| 31.  --Fidelity Balanced Fund | A | Dividend | J | T | Buy | 12/09/14 | J | | |
| 32.  Trust #1 (assets listed below) | | | | | | | | | |
| 33.  --Wells Fargo Investors Brokerage Account (aggregate reporting) | F | Int./Div. | P1 | T | | | | | |
| 34.  ----Doubleline Fds Total Return Bd Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ----Pioneer Ser Tr VI Fltg Rate Fd | | | | | | | | | |
| 36. ----Templeton Income Tr Global Bd Fd | | | | | | | | | |
| 37. ----Intel Corp. | | | | | | | | | |
| 38. ----Potash Corp. of Saskatchewan | | | | | | | | | |
| 39. ----Realty Income Corp. REIT | | | | | | | | | |
| 40. ----Teradata Corp. | | | | | | | | | |
| 41. ----Transocean Ltd. Ordinary Shares | | | | | | | | | |
| 42. Estate #1(assets listed below) (see Part VIII) | A | Int./Div. | | | Distributed | 05/28/14 | K | A | |
| 43. --Fidelity Investments (aggregate reporting) | | | | | | | | | |
| 44. ----AT&T Inc. | | | | | | | | | |
| 45. ----Kinder Morgan Energy Partners LP | | | | | Sold (part) | 03/19/14 | J | A | |
| 46. | | | | | Sold (part) | 04/29/14 | J | A | |
| 47. ----Nuveen Select Quality Mun Fd | | | | | | | | | |
| 48. ----Philip Morris Intl Inc. | | | | | | | | | |
| 49. ----Verizon Communications | | | | | | | | | |
| 50. ----Senior Housing Property Trust | | | | | | | | | |
| 51. Pointright Holdings, Inc. | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Rental property--Santa Clara County, CA | F | Rent | P1 | W | | | | | |
| 53. Rental property--Placer County, CA | D | Rent | O | W | | | | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/22/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part I, line 2 and Part VII, line 42: the remaining assets of this estate were distributed on 05/28/14. The estate will not appear on my future reports.

2. Part VII, lines26-31: On 12/09/14, the Wells Fargo IRA's listed in my previous report were rolled over into IRA brokerage accounts at Fidelity Investments.

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/22/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeremy D. Fogel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544